**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DALE ROSLYNE D. BROOKS
ADC #709679                                                                                               **PLAINTIFF**

v.                                    CASE NO. 1:10-cv-00067-JLH-JJV

DON ANDERSON, M.D., Medical Director,
McPherson Unit, Arkansas Department of
Correction; and JOHN DOE, Assistant Warden,
Diagnostic Unit, Arkansas Department of Correction                      **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.   The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

>   Clerk, United States District Court
>   Eastern District of Arkansas
>   600 West Capitol Avenue, Suite A149
>   Little Rock, AR 72201-3325

### **DISPOSITION**

Plaintiff, Dale Roslyne D. Brooks, is an inmate in the McPherson Unit of the Arkansas Department of Correction.  Pursuant to 42 U.S.C. § 1983, she filed a *pro se* Complaint (Doc. No. 2) alleging the violation of her constitutional rights.

### I.   ANALYSIS

On November 17, 2010, the Court denied Plaintiff's incomplete Application for *in forma pauperis* status and ordered her to submit within thirty days of the date of the Order either the $350 filing fee or a proper and complete Application.  In the same Order the Court also found Plaintiff's Complaint was deficient and invited her to file an Amended Complaint within thirty days.  Plaintiff was warned that her failure to comply with the Order would result in the dismissal of her Complaint without prejudice.  The thirty day period is long since past and Plaintiff has failed to respond to the November 17 Order.  The Court thus finds that Plaintiff's Complaint (Doc. No. 2) should be DISMISSED without prejudice.

**II.    CONCLUSION**

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations, and accompanying Judgment, would not be taken in good faith.

DATED this 4th day of April, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE