**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DALE ROSLYNE D. BROOKS                                                                    PLAINTIFF
ADC #709679

v.                                        NO. 1:10CV00067 JLH-JJV

DON ANDERSON, M.D., Medical Director,
McPherson Unit, Arkansas Department of
Correction; and JOHN DOE, Assistant Warden,
Diagnostic Unit, Arkansas Department of Correction                                  DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 26th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE