**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DALE ROSLYNE D. BROOKS                                                                              PLAINTIFF
ADC #709679

v.                                        NO. 1:10CV00067 JLH-JJV

DON ANDERSON, M.D., Medical Director,
McPherson Unit, Arkansas Department of
Correction; and JOHN DOE, Assistant Warden,
Diagnostic Unit, Arkansas Department of Correction                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 26th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE